# UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**
        **PLAINTIFF,**

**vs.**　　　　　　　　　　　　　　　　　　　　**CASE NO.**　19-40076-HLT

**CHANEL TOLIVER,**
    **a.k.a. Chanel Foster,**
        **DEFENDANT.**

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### REMOVAL OF PROPERTY TO PREVENT SEIZURE

On or about March 5, 2019, in the District of Kansas, the defendant,

**CHANEL TOLIVER,**

before, during, and after the search for and seizure of property by the Drug Enforcement Administration ("DEA") and the Riley County Kansas Police Department, namely, DEA Task Force Officer Robert Dierks, a person authorized to make such search and seizure, did knowingly dispose of, transfer, and remove, and attempt to destroy, damage, dispose of, transfer, and remove a mixture and substance containing a detectable quantity of fentanyl, a Schedule II controlled substance, and a cellular telephone with phone number ending in xxx-xxx-0343, for the purpose preventing and impairing the Government's lawful authority to take

said property into its custody and control, in violation of Title 18, United States Code, Section 2232(a) and Section 2.

**A TRUE BILL.**

August 21, 2019      *s/ Foreperson*
DATE                 FOREPERSON OF THE GRAND JURY


 Skipper Jacobs #26848
for Stephen R. McAllister, #15845
UNITED STATES ATTORNEY
DISTRICT OF KANSAS
444 SE Quincy, Suite 290
Topeka, KS 66683
Phone: (785) 295-2850
Fax: (785) 295-2853
Stephen.mcallister@usdoj.gov

[It is requested that trial be held in Topeka, Kansas.]